

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Laura Susan Dematti,

\* From the 142nd District Court
 of Midland County
 Trial Court No. CR48631.

Vs. No. 11-18-00231-CR

\* May 9, 2019

The State of Texas,

\* Per Curiam Memorandum Opinion
 (Panel consists of: Bailey, C.J.,
 Stretcher, J., and Wright, S.C.J.,
 sitting by assignment)
 (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below.  Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.